BRUNO WOLFENZON, ESQ.
Nevada Bar No. 6177
JONATHAN P. ROLLE, ESQ.
Nevada Bar No. 4367
**WOLFENZON ROLLE**
6725 Via Austi Pkwy, Ste. 260
Las Vegas, Nevada 89119
(702) 836-3138 phone
(702) 836-3139
bruno@wolfenzon.com
jrolle@wolfenzon.com

Attorneys for Defendants
MGM RESORTS INTERNATIONAL;
BELLAGIO LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA M. HAUGHEY, | CASE NO: 2:22-cv-00097-RFB-BNW |
| Plaintiff, | **ORDER** |
| vs. | **JOINT MOTION FOR STIPULATED DISMISSAL OF CLAIMS BETWEEN DEFENDANTS MGM RESORTS INTERNATIONAL AND BELLAGIO, LLC, AND PLAINTIFF** |
| MGM RESORTS INTERNATIONAL, and BELLAGIO LLC, inclusive, | |
| Defendants. | |

COMES NOW, Defendants MGM RESORTS INTERNATIONAL and BELLAGIO, LLC, by and through their counsel of record, the law firm of WOLFENZON ROLLE, and Plaintiff SONIA M. HAUGHEY, in Proper Person, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the settlement of claims between the parties, hereby jointly move this Court to dismiss all claims asserted by Plaintiff against the MGM RESORTS INTERNATIONAL, and BELLAGIO LLC in the above-captioned action, with prejudice, with each party bearing their own attorneys' fees and costs.

////

WHEREFORE, the Parties respectfully request that the Court grant this Motion, enter the Stipulated Order of Dismissal submitted herewith as Exhibit "A," and grant such other and further relief as the Court deems proper and just.

DATED this 13 day of July 2022　　　　　　　　DATED this 13 day of July 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WOLFENZON ROLLE

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan P. Rolle*
By /s/ *Sonia M. Haughey*　　　　　　　　　　　By _____
　　SONIA M. HAUGHEY　　　　　　　　　　　　　JONATHAN P. ROLLE, ESQ.
　　Plaintiff In ProPer　　　　　　　　　　　　　　Nevada Bar No. 4367
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　6725 Via Austi Pkwy, Suite 260
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89119

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Third-Party Defendants*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*MGM RESORTS INTERNATIOAL and*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*BELLAGIO*

**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE: October 12, 2022.